Paul L. Breed, OSB #83161
plb@plbreed.net
815 SW Second Avenue,
Portland, Oregon 97204
Telephone: (503) 226-1403
Facsimile: (503) 223-1516

FILED

JUN 2 2 2010

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| RANDY J. CONNER, | Civil No.: 3:09-CV-1133-ST |
| Plaintiff, | MOTION AND STIPULATED ORDER FOR DISMISSAL |
| v. | |
| AMERICAN MANAGEMENT SERVICES LLC, dba PINNACLE PROPERTY MANAGEMENT, | |
| Defendants. | |

The parties hereby stipulate to the dismissal of the above captioned matter, and hereby move this Court for an Order of Dismissal in this case, with prejudice, and each party to pay its own costs and attorney fees.

IT IS SO STIPULATED:

/s/Michael A. Griffin
By: /s/ Mark A. Crabtree
    Michael A. Griffin, OSB No. 03544
    Mark A. Crabtree, OSB No. 01507
    Of Attorneys for Defendant

By: /s/ Paul L. Breed
    Paul L. Breed, OSB No. 83161
    Of Attorneys for Plaintiff

Dated:   June 22, 2010

Dated:   June 22, 2010

Page 1 - **MOTION AND STIPULATED ORDER FOR DISMISSAL**

ORDER

Based upon the stipulation of the parties, it is hereby

ORDERED

That the Complaint against defendants is hereby dismissed.

Dated this ____ day of ____ June ____, 2010

_____
Judge, USDC of Oregon

Page 2 - **MOTION AND STIPULATED ORDER FOR DISMISSAL**